UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re: JEFFREY LEW LIDDLE

-----------------------------------------------------------X

19 CIVIL 10279 (JSR)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, the judgment of the Bankruptcy Court is affirmed.

**Dated:** New York, New York
March 9, 2020

RUBY J. KRAJICK

Clerk of Court

BY: *KMango*
Deputy Clerk